FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YOKES FOOD, INC., as Plan Administrator of the YOKES FOODS, INC. HEALTH AND WELFARE PLAN TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNA NYQUIST, and GLP ATTORNEYS, P.S., INC.,<br><br>    Defendants. | NO. 2:20-CV-00057-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. 7. Plaintiff requests the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the wishes of Plaintiff, the Court finds good cause to accept the stipulation and enter it into the record.

//
//
//
//
//

**ORDER OF DISMISSAL** * 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. 7, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 13th day of March 2020.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** * 2